UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:12-60400-CIV-DIMITROULEAS

COACH, INC., a Maryland corporation,
and COACH SERVICES, INC.,
a Maryland corporation,

      Plaintiffs,

v.

SWAP SHOP INC., a Delaware corporation,
SWAP SHOP MANAGEMENT, L.L.C., a Florida
limited liability company, PRESTON B. HENN,
BETTY D. HENN, KATHERINE HENN,
and DAPHNE FITZPATRICK,

      Defendants.

_____/

## SECOND AMENDED COMPLAINT

      Plaintiffs, Coach, Inc. and Coach Services, Inc. (hereinafter collectively referred to as "Coach"), file this Second Amended Complaint against Defendants Swap Shop Inc., Swap Shop Management, L.L.C. (hereinafter collectively referred to as the "Swap Shop Management Defendants"), Preston Henn, Betty Henn, Katherine Henn, and Daphne Fitzpatrick (hereinafter collectively referred to as the "Principal Defendants"), and allege:

## NATURE OF ACTION

      1.     This is an action for, *inter alia*, contributory trademark and contributory and vicarious copyright infringement under federal law.  The Defendants, individually and/or collectively, own, operate, control and manage a large flea, well-known market in Fort Lauderdale, Florida called "Thunderbird Swap Shop" a/k/a "Ft. Lauderdale Swap Shop" (hereinafter the "Swap Shop").

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

2.     The Swap Shop has been and continues to be a hot-bed for vendors to sell illegal "knock-off" goods, including counterfeit Coach products, the result of which has been to substantially and continuously harm the rights of intellectual property owners such as Coach.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction over the parties and over the subject matter of this action pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 101 *et seq.* and 28 U.S.C. §§ 1331 and 1338 because it involves substantial claims arising under the Lanham and U.S. Copyright Acts.

4.     Venue is proper pursuant to 28 U.S.C. § 1391 because Defendants reside and have their principal places of business, and continue to infringe Coach's famous trademarks and copyrights, in this Judicial District.

## PARTIES

5.     Plaintiff, Coach, Inc., is a corporation duly organized and existing under the laws of the State of Maryland, with its principal place of business in New York, New York.

6.     Plaintiff, Coach Services, Inc., is a corporation duly organized and existing under the laws of the State of Maryland with its principal place of business in Jacksonville, Florida. Coach Services, Inc. is a wholly-owned subsidiary of Coach, Inc.

7.     As will be described in more detail below, Defendants have created a co-mingled web of corporate entities that own, operate and manage the Swap Shop and the 88-acres of land which the Swap Shop occupies.

8.     Defendant, Swap Shop Inc. is a corporation organized and existing under the laws of the State of Delaware and is authorized to conduct, and is conducting business within the State of Florida.  Defendant Swap Shop Inc. operates and manages the Swap Shop along with Swap Shop Management, LLC, other affiliated entities, and the Principal Defendants.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400

9.      Defendant, Swap Shop Management, L.L.C., is a limited liability company organized and existing under the laws of the State of Florida.  Swap Shop Management operates and manages the Swap Shop along with the Swap Shop, Inc., other affiliated entities, and the Principal Defendants.

10.      Defendants Preston Henn, his wife Betty Henn, their daughters Katherine Henn and Daphne Fitzpatrick (collectively the "Principal Defendants") are all believed to be residents of Broward County, Florida.  At all relevant times, the Principal Defendants were the principal owners, officers, directors and managers of the Swap Shop Management Defendants and the Swap Shop, and are participants in and the moving forces behind the infringing activities described herein.

11.      The Defendants, individually and collectively own, operate, manage and control the Swap Shop and all operations of the Swap Shop.

12.      More specifically, the Swap Shop Management Defendants are owned by the Principal Defendants, share common officers and directors, and operate out of the same principal place of business, namely, 3291 W. Sunrise Blvd., Ft. Lauderdale, Florida.  All of the Swap Shop Management Defendants are not only the alter egos of each other, but of the Principal Defendants, all of whom operate and mange the Swap Shop.

13.      Non-party 3290 Sunrise Investments, Inc. ("3290 Sunrise"), is a Florida corporation organized and existing under the laws of the State of Florida, which, according to the records of the Florida Secretary of State, conducts business under the fictitious names "Thunderbird Swap Shop" and "Ft. Lauderdale Swap Shop."  3290 Sunrise is the owner of several parcels of real property occupied by the Swap Shop.  3290 Sunrise operates and manages

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

the Swap Shop along with the Swap Shop Management Defendants and the Principal Defendants.

14.     Non-party 3291 Sunrise Investments, Inc. ("3291 Sunrise"), is a Florida corporation organized and existing under the laws of the State of Florida, and also owns of several parcels of real property occupied by the Swap Shop.  3291 Sunrise operates and manages the Swap Shop along with the Swap Shop Management Defendants and the Principal Defendants.

15.     All of the Defendants, acting in concert and participation with each other, have induced, caused and/or materially contributed to the promotion and sale of counterfeit Coach products at the Swap Shop. With knowledge of these illegal activities, or with willful blindness, Defendants have financially benefitted from them.  As such, Defendants are contributorily and vicariously liable for the infringing activities described below.

## FACTUAL ALLEGATIONS

A.     **The World Famous Coach Brand and Products**

16.     Coach was founded seventy years ago as a family-run workshop in Manhattan, New York.  Since then Coach has been engaged in the manufacture, marketing and sale of fine leather and mixed material products including handbags, wallets, and accessories including eyewear, footwear including shoes, jewelry and watches.  Coach sells its goods through its own specialty retail stores, department stores, catalogs and via an Internet website www.coach.com throughout the United States, including Florida.

17.     Coach has used a variety of legally-protected trademarks, design elements and copyrights for many years on and in connection with the advertisement and sale of its products, including but not limited to, those detailed in this Complaint.

4

BROAD and CASSEL

One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400

18.     Coach has expended substantial time, money, and other resources in developing, advertising, and otherwise promoting the Coach Trademarks.  As a result, products bearing the Coach Marks are widely recognized and exclusively associated by consumers, the public, and the trade as being high quality products sourced from Coach, and have acquired strong secondary meaning.  Coach products have also become among the most popular in the world [with Coach's annual global sales reaching nearly four billion dollars ($4,000,000,000)].

**B.     The Coach Trademarks**

19.     Coach is the owner of the following United States Federal Trademark Registrations (hereinafter collectively referred to as the "Coach Trademarks"):

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,088,706 | COACH | 6, 9, 16, 18, 20 and 25 for *inter alia* key fobs, eyeglass cases, satchels, tags for luggage, luggage, backpacks, picture frames, hats, gloves and caps. | September 19, 1997 | COACH |
| 3,157,972 | COACH | 35 for retail store services. | October 17, 2006 | COACH |
| 0,751,493 | COACH | 16, 18 for *inter alia* leather goods, wallets and billfolds. | June 23, 1963 | COACH |
| 2,451,168 | COACH | 9 for *inter alia* eyeglasses and sunglass Cases | May 15, 2001 | COACH |
| 2,537,004 | COACH | 24 for *inter alia* home furnishings. | February 5, 2002 | COACH |
| 1,846,801 | COACH | 25 for *inter alia* men's and women's coats and jackets. | July 26, 1994 | COACH |
| 3,439,871 | COACH | 18 for *inter alia* umbrellas. | June 3, 2008 | COACH |

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,061,826 | COACH | 12 for *inter alia* seat covers. | May 13, 1997 | COACH |
| 2,231,001 | COACH | 25 for *inter alia* men and women's clothing. | March 9, 1999 | COACH |
| 2,836,172 | COACH | 14 for *inter alia* sporting goods and stuffed toys. | April 27, 2004 | COACH |
| 2,939,127 | COACH | 9 for *inter alia* camera cases. | April 12, 2005 | COACH |
| 3,354,448 | COACH | 14 for *inter alia* jewelry. | December 11, 2007 | COACH |
| 2,446,607 | COACH | 16 for *inter alia* writing instruments. | April 24, 2001 | COACH |
| 2,291,341 | COACH | 14 for *inter alia* clocks and watches. | November 9, 1999 | COACH |
| 1,071,000 | COACH | 18, 25 for *inter alia* women's handbags. | August 9, 1977 | COACH |
| 3,633,302 | COACH | 3 for *inter alia* perfumes, lotions and body sprays. | June 2, 2009 | COACH |
| 3,908,558 | POPPY | 09 for eyeglasses and sunglasses. | January 18, 2011 | POPPY |
| 3,812,170 | POPPY | 18 for *inter alia* backpacks, briefcases, leather key chains, bags, wallets and billfolds. | June 29, 2010 | POPPY |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 | COACH |
| 3,363,873 | COACH & LOZENGE DESIGN | 3 for *inter alia* fragrances. | January 1, 2008 | COACH |
| 2,252,847 | COACH & LOZENGE DESIGN | 35 retail services. | June 15, 1999 | COACH |

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,291,368 | COACH & LOZENGE DESIGN | 14 for *inter alia* jewelry. | November 9, 1999 |  |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 |  |
| 2,169,808 | COACH & LOZENGE DESIGN | 25 for *inter alia* clothing for men and women. | June 30, 1998 |  |
| 2,045,676 | COACH & LOZENGE DESIGN | 6, 9, 16, 18, 20, 25 for *inter alia* key fobs, money clips, phone cases, attaché cases, duffel bags, picture frames, hats, caps and gloves. | March 18, 1997 |  |
| 1,070,999 | COACH & LOZENGE DESIGN | 18, 25 for *inter alia* women's handbags. | August 9, 1977 |  |
| 1,309,779 | COACH & LOZENGE DESIGN | 9, 16, 18 for *inter alia* eyeglass cases and leather goods such as wallets, handbags and shoulder bags. | December 19, 1984 |  |
| 2,035,056 | COACH & LOZENGE DESIGN | 3, 21 for *inter alia* leather cleaning products and shoe brushes. | February 4, 1997 |  |
| 2,983,654 | COACH & LOZENGE DESIGN | 18, 24, 25 for *inter alia* handbags, leather goods, fabrics, swimwear, hats and shoes. | August 9, 2005 |  |
| 2,626,565 | CC & DESIGN (Signature C) | 18 for *inter alia* handbags, purses, clutches, shoulder bags, tote bags, and wallets. | September 24, 2002 |  |

BROAD and CASSEL

One Biscayne Tower, 21st Floor   2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,822,318 | CC & DESIGN (Signature C) | 24 for *inter alia* fabric for use in the manufacture of clothing, shoes, handbags, and luggage. | March 16, 2004 |  |
| 2,832,589 | CC & DESIGN (Signature C) | 14, 16, 18, 20, 24, 25, 4, 6, 9 for *inter alia* sunglasses and eye glass cases, leather goods, | April 13, 2004 |  |
| 2,592,963 | CC & DESIGN (Signature C) | 25 for *inter alia* clothing. | July 9, 2002 |  |
| 2,822,629 | CC & DESIGN (Signature C) | 35 for retail services for *inter alia* handbags, small leather goods, jewelry and watches. | March 16, 2004 |  |
| 3,012,585 | AMENDED CC & DESIGN (Signature C) | 18, 24, 25 for *inter alia* handbags, purses, fabrics and clothing. | November 8, 2005 |  |
| 3,396,554 | AMENDED CC & DESIGN (Signature C) | 3 for *inter alia* fragrances. | March 11, 2008 |  |
| 3,784,814 | COACH OP ART | 9 for eyeglasses and sunglasses. | May 4, 2010 |  |
| 3,779,466 | COACH OP ART | 6, 9, 14, 16, 18, 25 for *inter alia* key fobs, glasses, jewelry, daily planners, backpacks, billfolds, and belts. | April 20, 2010 | COACH OP ART |

8

BROAD and CASSEL

One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 3,696,470 | COACH OP ART & Design | 18, 24 and 25 for *inter alia* bags, umbrellas, shoes and the manufacture of these goods. | October 13, 2009 |  |
| 3,251,315 | COACH EST. 1941 | 18, 25 for *inter alia* handbags, small leather goods, jackets and coats. | June 12, 2007 |  |
| 3,413,536 | COACH EST. 1941 STYLIZED | 14, 18, 25 for *inter alia* handbags, purses, shoulder bags, tote bags, and wallets. | April 15, 2008 |  |
| 3,441,671 | COACH LEATHERWARE EST. 1941 [Heritage Logo] | 9, 14, 18, 25 for *inter alia* handbags, leather cases, purses, and wallets. | June 3, 2008 |  |
| 1,664,527 | THE COACH FACTORY STORE & LOZENGE DESIGN | 42 for *inter alia* retail services for leather ware. | November 12, 1991 |  |
| 3,338,048 | COACH STYLIZED | 18 for *inter alia* luggage, backpacks and shoulder bags | November 11, 2007 |  |
| 3,149,330 | C & LOZENGE LOGO | 9, 14, 16, 25 for *inter alia* desk accessories, clothing and eye glasses. | September 26, 2006 |  |
| 2,162,303 | COACH & TAG DESIGN | 25 for *inter alia* clothing. | June 2, 1998 |  |
| 2,088,707 | COACH & TAG DESIGN | 18 for *inter alia* accessory cases, backpacks and satchels. | August 19, 1997 |  |

9

BROAD and CASSEL

One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400

20.     Coach has long been manufacturing and selling in interstate commerce high quality leather and mixed material products under the Coach Trademarks.  These registrations are valid and subsisting and the majority are incontestable.   All registrations originally held in the name of Coach's predecessors, Sara Lee corporation and Saramar corporation, were assigned in full to Coach on or about October 2, 2000.

21.     The registration of the Coach trademarks constitutes *prima facie* evidence of their validity and conclusive evidence of Coach's exclusive right to use the Coach Trademarks in connection with the goods identified therein and other commercial goods.

22.     The registration of the Coach Trademarks also provides constructive notice to Defendants of Coach's ownership and exclusive rights in the Coach Trademarks.

23.     The Coach Trademarks qualify as famous marks, as that term is used in 15 U.S.C. § 1125(c)(1).

24.     The Coach Trademarks at issue in this case have been continuously used in interstate commerce and have never been abandoned.

25.     As a result of extensive use and promotion, the Coach Trademarks have acquired a favorable reputation to consumers as an identifier and symbol of Coach and its products, services, and goodwill.  Accordingly, Coach is the owner of broad common-law and federal trademark rights in the Coach Trademarks.

**D.     The Coach Copyrights**

26.     Many of the decorative and artistic combinations of the design elements present on Coach products are independently protected works under the U.S. Copyright Laws.  These design elements are wholly original works and fixed in various tangible products and media,

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

thereby qualifying as copyrightable subject matter under the U.S. Copyright Act, 17 U.S.C. § 101 *et seq*. (hereinafter referred to as the "Coach Design Elements").

27.     Coach also has a variety of valid copyrights registered with the Copyright Office for its Design Elements, including the Coach Op Art Design with registration number VA1-714-051, the Coach Heritage Logo with registration number VA1-714-051, the Coach Legacy Stripe with registration number VAu704-542, the Coach Madison Clover Op Art with registration number VAu101-0918, the Coach Tattersal with registration number VA1-723-169, and the Signature C Design with registration number VA-0001228917.

28.     At all times relevant hereto, Coach has been the sole owner and proprietor of all rights, title, and interest in and to the copyrights in the Design Elements used on Coach products, and such copyrights are valid, subsisting and in full force and effect.

**E.     Defendants' Infringing Conduct**

29.     Between February, 2004 and July, 2012, Coach's investigators, third party investigators, and federal and state law enforcement agencies visited the Swap Shop on at least thirty separate occasions to conduct undercover surveys, purchase counterfeit merchandise, or participate in seizures carried out but law enforcement agencies.   In each instance, the Swap Shop vendors were observed displaying, offering to sell or selling counterfeit Coach merchandise.

30.     For example, on June 18, 2004, an investigator from the Florida Anti-Counterfeiting Coalition ("FACC") visited the Swap Shop.   FACC is an investigative organization, whose members include several intellectual property rights holders, including Coach, that seeks to identify, among others, flea market vendors who advertise, display, offer and/or sell counterfeit merchandise.

31.     During that visit, FACC's investigator observed multiple vendors, including vendor Wol Brown operating a booth called Christy Handbags, advertising, displaying, offering for sale, and/or selling in plain view merchandise bearing logos and source-identifying indicia and design elements that are imitations of one or more of the FACC's members' trademarks and copyrights, including the Coach Trademarks and the Coach Design Elements (hereinafter "counterfeit Coach merchandise") on property jointly owned, managed and operated by the Defendants.

32.     Upon completing his sweep, FACC's investigator met with the Ed Leveritt, the Swap Shop's manager charged with supervising its daily operations, to inform him of the vendors' infringing activities.  FACC's investigator, accompanied by Swap Shop personnel, obtained written acknowledgements from the vendors admitting that the products FACC's investigator had observed were indeed counterfeit products, including Coach products.  The Infringement Notices that these vendors signed stated:

> THE MERCHANT SIGNING BELOW HAS KNOWINGLY SOLD COUNTERFEIT MERCHANDISE OF THE BRAND(S) CHECKED ABOVE AND HAS AGREED TO STOP ALL SUCH SALES. THE MERCHANT HAS VOLUNTARILY GIVEN THE FOLLOWING MERCHANDISE TO THE INVESTIGATOR.

33.     At the Swap Shop's request, the counterfeit merchandise located in vendor Wol Brown's booth was surrendered to Mr. Leveritt.

34.     Between January, 2005 and December, 2008, FACC investigators conducted at least eleven additional investigations at the Swap Shop during which they observed numerous Swap Shop vendors displaying, offering to sell or selling counterfeit Coach merchandise.

35.     On February 21, 2009, FACC's investigator visited the Swap Shop and, as in each prior visit, he discovered multiple vendors including, but not limited to vendors located at booths

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

T-26, 27 and 28 advertising, displaying, offering for sale, and/or selling in plain view counterfeit Coach merchandise.  During his visit,  FACC's investigator was accompanied by Ray Kantor, the Swap Shop's security manager so that FACC's investigator could safely deliver the Infringement Notices.

36.     By the time that FACC's investigator had attempted to deliver the Infringement Notices, the vendors located at booths T-26, 27 and 28 had abandoned their booths as well as their counterfeit merchandise.  Accordingly, the Swap Shop's security manager signed the Infringement Notices on behalf of the fleeing vendors.

37.     Between March, 2009 and November, 2010, FACC investigators conducted at least five additional investigations at the Swap Shop during which they observed numerous Swap Shop vendors displaying, offering to sell and/or selling counterfeit Coach merchandise.

38.     On December 10, 2010, Coach's investigator canvassed the Swap Shop and again discovered multiple vendors advertising, displaying, offering for sale, and/or selling in plain view counterfeit Coach merchandise on property jointly owned, managed and operated by the Defendants.

39.     On that same day, following Coach's investigator's survey, the Broward Sheriff's office, together with the Lauderhill Police Department and Fort Lauderdale Police Department, raided the Swap Shop, seizing hundreds of counterfeit items, including merchandise bearing Coach's trademarks and copyrights.  The raid resulted in the arrest of six Swap Shop vendors, including Tusha Santu, Bhognauth Santu,  Shakila Harannine and Palto Harannine.

40.     On January 3, 2011, Coach sent a cease and desist letter to the Swap Shop Management Defendants.  A true and correct copy of the January 3, 2011 letter is attached hereto as **Exhibit 1**.

41. On January 13, 2011, Coach provided the Swap Shop Management Defendants with a second letter, a true and correct copy of which is attached hereto as **Exhibit 2**, containing a list of all federally registered Coach trademarks.

42. On November 30, 2011, Coach's investigator returned to the Swap Shop and again discovered multiple vendors advertising, displaying, offering for sale, and/or selling in plain view counterfeit Coach merchandise.

43. On that day, Coach's investigator observed a vendor doing business as MVP Athletics advertising, displaying, offering for sale, and/or selling, in plain view, counterfeit Coach products including cellular phone covers.  MVP Athletics was operating from booth no. WC BB-13 on property jointly owned, managed and operated by the Defendants.

44. On that same day, Coach's investigator also observed a vendor doing business as Florida Gift Shop International displaying, offering for sale, and/or selling, in plain view, counterfeit Coach products, including cellular phone covers.  Florida Gift Shop was operating from booth no. WC T-16, on property jointly owned, managed and operated by the Defendants.

45. On December 2, 2011, Coach sent a second cease and desist letter to the Swap Shop Management Defendants, a true and correct copy of which is attached hereto as **Exhibit 3**.

46. Shortly thereafter, on December 13, 2011, agents from the United States Department of Homeland Security Immigration and Customs Enforcement Division ("ICE"), along with the Broward Sheriff's Office raided the Swap Shop, seizing more than 3,000 counterfeit items, including counterfeit Coach watches and cellular phone covers. The infringing vendors' booths were located on property jointly owned, managed and operated by the Defendants.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

47.     Before carrying out the raid on December 13, 2011, ICE agents visited the Swap Shop's management office to advise the Swap Shop Management and Principal Defendants of their investigation and their plan to seize counterfeit merchandise from the Swap Shop's vendors. The agents specifically asked to meet with Defendant Preston Henn, however, they were told that Mr. Henn was unavailable because he was taking a nap in his office.

48.     On December 29, 2011, ICE, along with the Broward Sheriff's Office conducted a second investigation at the Swap Shop.  During their investigation, ICE agents purchased counterfeit merchandise, including counterfeit Coach hats, wallets and handbags, from vendors located on property jointly owned, managed and operated by the Defendants.

49.     Less than two weeks later, on January 11, 2012, ICE, along with the Broward Sheriff's Office returned to the Swap Shop.  This time, however, they purchased counterfeit merchandise, including counterfeit Coach items from vendors located on property jointly owned, managed and operated by the Defendants.

50.     On January 24, 2012, ICE, along with the Broward Sheriff's Office raided the Swap Shop a second time, seizing hundreds of counterfeit merchandise, including counterfeit Coach items from vendors located on property jointly owned, managed and operated by the Defendants.

51.     The January 24, 2012 raid resulted in the arrest of numerous vendors, including "repeat offendors" Shakila Harannine and Palto Harannine. The Harannines were operating their illegal business from the same booth and location where they had been arrested during the December, 2010 raid.

52.     On March 16, 2012, the Lauderhill Police Department returned to the Swap Shop and again seized counterfeit merchandise, including counterfeit Coach handbags and wallets.  In

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

this instance, the merchandise was seized from vendor Rajwantie Rambharat, whose booth was located on property jointly owned, managed and operated by the Defendants.

53.     On May 18, 2012, Coach's investigator returned to the Swap Shop and again observed vendors displaying, offering for sale and/or selling counterfeit Coach merchandise.   At that time, Coach's investigator purchased three handbags, one swingpack and one cellular phone cover from four separate vendors located at booths L-16, JJ-29, F-30 and WTC-T-42/43.   Each of these items prominently bore Coach's Trademarks and Copyrights.

54.     On July 6, 2012, Coach's investigator returned to the Swap Shop and again observed vendors displaying, offering for sale and/or selling counterfeit Coach merchandise.   At that time, Coach's investigator purchased one cellular phone cover from a vendor located at booth WTC-42.   The cellular phone cover prominently bore Coach's Trademarks and Copyrights.

55.     On July 16, 2012, Coach's investigator returned to the Swap Shop and again observed vendors displaying, offering for sale and/or selling counterfeit Coach merchandise.   At that time, Coach's investigator purchased two handbags from a vendor located at booth FF-26. Each of these handbags prominently bore Coach's Trademarks and Copyrights.

56.     The forgoing acts of the Swap Shop's vendors constitutes direct trademark infringement in violation of federal law.

57.     The foregoing acts of the Swap Shop's vendors are intended to cause, have caused, and are likely to continue to cause confusion or mistake, or to deceive consumers, the public, and the trade into believing that counterfeit Coach products offered for sale and sold at the Swap Shop are authentic products of Coach.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

58.     The Swap Shop's vendors' activities, as described above, are likely to create a false impression and deceive consumers, the public, and the trade into believing that there is a connection or association between the counterfeit Coach products and Coach.

59.     Defendants are well aware of the extraordinary fame and strength of the Coach brand, the Coach Trademarks and the Coach Design Elements, and the goodwill associated therewith.

60.     By facilitating counterfeiting activities at the Swap Shop, the Swap Shop Management Defendants and the Principal Defendants have acted with reckless disregard for, and in bad faith and with willful blindness toward, Coach's trademarks and copyrights.

61.     Defendants have, either intentionally and deliberately, or with reckless disregard and willful blindness, benefitted from the illegal counterfeiting activities described herein.

62.     The Swap Shop Management Defendants and the Principal Defendants' deliberate and or reckless and/or willfully blind misconduct has caused, and continues to cause, substantial and irreparable harm to Coach's goodwill and reputation.  In addition, the damages caused by Defendants, which continue to accrue, are especially severe because the counterfeit Coach products sold at the Swap Shop are grossly inferior in quality to authentic Coach products.

63.     The harm being caused to Coach is irreparable and Coach does not have an adequate remedy at law. Coach therefore seeks the entry of an injunction preventing the sale of counterfeit Coach products at the Swap Shop.  Coach also seeks statutory damages pursuant to Section 35 of the Lanham Act (15 U.S.C. § 1117) and Section 504 of the Copyright Act of 1976 (17 U.S.C. §504(c)), as a result of Defendants' knowing, deliberate and willful disregard of the activities infringing Coach's trademarks and copyrights.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

## COUNT I
### Contributory Trademark Infringement
### (15 U.S.C. § 1114)

64.     Coach repeats and re-alleges the allegations set forth in Paragraphs 1 through 63 above.

65.     The Swap Shop Management Defendants and the Principal Defendants supplied the means for the Swap Shop's vendors to engage in the illegal activities described herein, and, with knowledge of such activities, deliberately or recklessly willfully blinded themselves to this illegal conduct, deciding instead to profit from the revenues it produced.

66.     As a result, the Swap Shop Management Defendants and the Principal Defendants have infringed Coach's trademarks under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

## COUNT II
### Contributory Copyright Infringement
### (17 U.S.C. § 101 *et seq.*)

67.     Coach repeats and re-alleges the allegations set forth in Paragraphs 1 through 63 above.

68.     The Swap Shop vendors intentionally infringed Coach's copyrights in Coach Op Art, Coach Heritage logo, Coach Legacy Stripe, Coach Madison Clover Op Art, Coach Tattersal and Signature C Designs and other Design Elements present on Coach products by selling and distributing at the Swap Shop counterfeit Coach products that are substantially similar to those copyrighted designs.

69.     The Swap Shop Management Defendants and the Principal Defendants supplied the means for the Swap Shop's vendors to engage in the illegal activity described herein, and, with knowledge of such activities, deliberately or recklessly willfully blinded themselves to this illegal conduct, deciding instead to profit from the revenues it produced.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400

70.     As a result, the Swap Shop Management Defendants and the Principal Defendants have violated 17 U.S.C. § 101 *et. seq.*

**COUNT III**
**Vicarious Copyright Infringement**
**(17 U.S.C. § 101 *et seq.*)**

71.     Coach repeats and re-alleges the allegations set forth in Paragraphs 1 through 63 above.

72.     The Swap Shop's vendors intentionally infringed Coach's copyrights in Coach Op Art, Coach Heritage logo, Coach Legacy Stripe, Coach Madison Clover Op Art, Coach Tattersal and Signature C Designs and other Design Elements present on Coach products by selling and distributing at the Swap Shop counterfeit Coach products that are substantially similar to those copyrighted designs.

73.     The Swap Shop Management Defendants and the Principal Defendants had and continue to have the right and ability to supervise the infringing activities of the Swap Shop vendors.

74.     The Swap Shop Management Defendants and the Principal Defendants also have a direct financial interest in such activities because they receive rents from their vendors, including those selling fake Coach products, along with parking and concession fees, which are fueled in large part by the draw created by the widespread availability of fake Coach products at the Swap Shop.

75.     The Swap Shop Management Defendants and the Principal Defendants, jointly and severally, are vicariously liable for the infringing activities.

19
BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs Coach, Inc. and Coach Services, Inc., respectfully request that this Court enter judgment in their favor and against Defendants Swap Shop Inc., Swap Shop Management, L.L.C., Preston Henn, Betty Henn, Katherine Henn, and Daphne Fitzpatrick, jointly and severally, on all counts pled herein, as follows:

A.      Awarding Coach statutory damages per counterfeit mark per type of good offered for sale in accordance with Section 35 of the Lanham Act (15 U.S.C. § 1117);

B.      Awarding Coach statutory damages as a result of the copyright infringement pursuant to Section 504 of the Copyright Act (17 U.S.C. § 504);

C.      Awarding Coach pre-judgment interest on any monetary award made part of the judgment against Defendants;

D.      Finding that: (i) Defendants have violated Section 32 of the Lanham Act (15 U.S.C. § 1114), Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)), and Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)); and (ii) Defendants have violated the Copyright Act of 1976 (17 U.S.C. § 501).

E.      Granting an injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, 15 U.S.C. § 1116, and 17 U.S.C. § 502, preliminarily and permanently restraining and enjoining Defendants, their officers, agents, employees, tenants, vendors and attorneys, and all those persons or entities in active concert or participation with them from:

1.      manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products which bear the Coach Trademarks and/or the Coach Design Elements, or any other mark or design element substantially similar or confusing thereto, including, without limitation, the counterfeit Coach products , and engaging in

BROAD and CASSEL

One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400

any other activity constituting an infringement of any of Coach's rights in the Coach Trademarks and/or the Coach Design Elements;

2.       engaging in any other activity constituting unfair competition with Coach, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with Coach; or

3.       engaging in any other activity that will cause the distinctiveness of the Coach Trademarks to be diluted.

F.       Requiring Defendants to file with this Court and serve on Coach within thirty (30) days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

G.       Directing such other relief as the Court may deem appropriate to prevent consumers, the public, and/or the trade from deriving any erroneous impression that any product at issue in this action that has been manufactured, imported, advertised, marketed, promoted, supplied, distributed, offered for sale, or sold by Defendants or their vendors, has been authorized by Coach, or is related in any way with Coach and/or its products;

H.       Awarding Coach such additional and further relief as the Court deems just and proper.

BROAD and CASSEL

One Biscayne Tower, 21st Floor   2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Coach requests a trial by jury in this matter.

Respectfully submitted,

 /s/ David B. Rosemberg
David B. Rosemberg, P.L. (0582239)
drosemberg@broadandcassel.com
George G. Mahfood P.A. (77356)
gmahfood@broadandcassel.com
Matthew S. Nelles, Esq. (0009245)
mnelles@broadandcassel.com
BROAD AND CASSEL
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 305.373.9400
Facsimile:  305.373.9443
*Attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2013, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF system which will provide electronic notice of such filing to: **Steve H. Osber, Esq.**, Kelley, Kronenberg, Gilmartin, Fichtel, Wander, Bamdas, Eskalyo & Dunbrack, P.A., 8201 Peters Road, Suite 4000, Fort Lauderdale, Florida 33324; and **Bruce S. Rogow, Esq.,** Bruce S. Rogow, P.A., 500 East Broward Blvd., Suite 1930, Fort Lauderdale, FL 33394.

 /s/ David B. Rosemberg
David B. Rosemberg, P.L. (0582239)

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400