UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60400-CIV-DIMITROULEAS

COACH, INC., a Maryland corporation,
and COACH SERVICES, INC.,
a Maryland corporation,

    Plaintiffs,

vs.

SWAP SHOP INC., a Delaware corporation,
SWAP SHOP MANAGEMENT, L.L.C., a Florida
limited liability company, PRESTON B. HENN,
BETTY D. HENN, KATHERINE HENN,
and DAPHNE FITZPATRICK,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Plaintiffs' December 5, 2013 *ore tenus* motion pursuant to Fed. R. Civ. P. 41(a)(2) for dismissal by Court order, on terms that the Court considers proper. The Court has carefully considered the motion, notes that it is unopposed, and is otherwise fully advised in the premises. The parties have requested that this Court retain jurisdiction for purposes of enforcing the settlement agreement, which the Court may do under these circumstances. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' December 5, 2013 *ore tenus* motion under Fed. R. Civ. P. 41(a)(2) for dismissal by Court order is **GRANTED**;

2. The above-styled cause is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause for the purpose of enforcing the Settlement Agreement; and

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 5th day of December, 2013.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record